FILED
CHARLOTTE, NC

AUG 0 6 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

Portia SheRee' Pittman

The Heirs of Dorothy Jean Hart Pittman

Plantiff (s),

**COMPLAINT**

vs.

Case No. 3:24-cv-723-FDW

Bobby Hart

Barbara Reeves-Hart

Larry Hoyle

Jason Davis

Arthur Pullen

Matthew Stroupe

Richard Lorenz

E. Johnson

Defendant(s).

---

## A. JURISDICTION

Jurisdiction is proper in this court according to:

  x   42 U.S.C.§1983

  x  42 U.S.C. §1985

_____Other (Please specify) Violation of fourth amendment rights , Violation of Eighth amendment rights

## B. PARTIES

1. Name of Plaintiff:  Portia SheRee' Pittman

Address:     4537 Rose Ridge Place apt 4 Charlotte, NC 28217

2. Name of Defendant:___Larry G. Hoyle
                  Address:      _ 310 W 3rd Ave, Gastonia, NC 28052

Is employed as __attorney_____ at __Larry G. Hoyle Firm
           (Position/Title)                    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_X_     NO _____, if "YES" briefly explain: _ Larry G. Hoyle was acting under the authority and color of state law as an attorney when he failed to properly execute legal procedures, thereby contributing to the unlawful eviction and violation of the plaintiffs' rights. His actions were performed in his professional capacity as an attorney, utilizing his legal authority and responsibilities.

Name of Defendant: Jason Davis
Address:    201 Chronicle Street Belmont, NC 28012

Is employed as _ Administrative Captain at Belmont Police Department
           (Position/Title)              (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_X_     NO _____, if "YES" briefly explain: _ Jason Davis was acting under the authority and color of state law as the Administrative Captain of the Belmont Police Department when he was involved in the actions related to the unlawful eviction, breaking and entering, and other actions described in this complaint. His position and actions were conducted in his official capacity, using his authority as a law enforcement officer.

3. Name of Defendant:_ Matthew Stroupe
   Address:    201 Chronicle Street Belmont, NC 28012

Is employed as _ Sergeant___ at __ Belmont Police Department
           (Position/Title)              (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_X___     NO _____, if "YES" briefly explain: _ Matthew Stroupe was acting under the authority and color of state law as a Sergeant of the Belmont Police Department when he facilitated and allowed the unlawful eviction, breaking and entering, and other actions described in this

4. Name of Defendant: **Bobby Hart**

Address:4111 Gordon Drive Gastonia, NC 28056

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES _____ NO X

If "YES" briefly explain:

Bobby Hart is a private individual and not a government employee, he was not acting under the authority or color of state law during the events described in the complaint. Bobby Hart is included in the complaint under 42 U.S.C. § 1985 for conspiring with other defendants, including public officials, to violate the plaintiffs' civil rights. While he was not acting under the authority or color of state law, his actions were part of a coordinated effort with state actors to deprive the plaintiffs of their constitutional rights.

5. Name of Defendant: **Barbara Reeves- Hart**

Address:4111 Gordon Drive Gastonia, NC 28056

_____

Is employed as unknown at unknown

      (Position/Title)      (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred? YES_ _ NO __X__, if "YES" briefly explain: Barbara Reeves-Hart is a private individual and not a government employee, he was not acting under the authority or color of state law during the events described in the complaint. Barbara Reeves-Hart is included in the complaint under 42 U.S.C. § 1985 for conspiring with other defendants, including public officials, to violate the plaintiffs' civil rights. While she was not acting under the authority or color of state law, her actions were part of a coordinated effort with state actors to deprive the plaintiffs of their constitutional rights.

6. Name of Defendant: **Arthur Pullen**

Address: 201 Chronicle Street Belmont, NC 28012

Is employed as Patrol Lieutenant at Belmont Police Department

(Position/Title) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES X NO _____

briefly explain:

Arthur Pullen was acting under the authority and color of state law as a Patrol Lieutenant of the Belmont Police Department when he facilitated and allowed the unlawful eviction, breaking and entering, and other actions described in this complaint. His actions were performed in his official capacity and under the color of law, utilizing his authority as a law enforcement officer.

7. Name of Defendant: **Richard Lorenz**

Address: 201 Chronicle Street Belmont, NC 28012

Is employed as Corporal at Belmont Police Department

(Position/Title) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES X NO _____

"YES" briefly explain:

Richard Lorenz was acting under the authority and color of state law as a Corporal of the Belmont Police Department when he was involved in the unlawful eviction, breaking and entering, and other actions described in this complaint. His actions were performed in his official capacity and under the color of law, utilizing his authority as a law enforcement officer.

8. Name of Defendant: **E. Johnson**

Address: 201 Chronicle Street Belmont, NC 28012

Is employed as Patrol Officer at Belmont Police Department

(Position/Title) (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES X NO _____

"YES" briefly explain:

E. Johnson was acting under the authority and color of state law as a Patrol Officer of the Belmont Police Department when he was involved in the events of the unlawful eviction, breaking and entering, and other actions described in this complaint. **Despite questioning the legality of the actions, he and his fellow officers proceeded with the eviction and other unlawful activities, performing these actions under the color of law and using their official authority.**

complaint. His actions were performed in his official capacity and under the color of law, utilizing his authority as a law enforcement officer.
(Use additional sheets if necessary.)

## C.  NATURE OF CASE

Why are you bringing this case to court?  Please explain the circumstances that led to the problem. This case is brought to court to address a series of illegal and unconstitutional actions by the defendants, including members of the Belmont Police Department, an attorney, and private individuals. On August 6, 2021, at around 10:30 AM, Jason Davis (Administrative Captain), Arthur Pullen (Patrol Lieutenant), Matthew Stroupe (Sergeant), Richard Lorenz (Corporal), and E. Johnson (Patrol Officer) of the Belmont Police Department assisted Bobby Hart and Barbara Reeves-Hart in carrying out an illegal self-help eviction at 612 East Ave, Belmont, North Carolina. That led to the declining health of t

## D.  CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary you may attach additional pages)

a.  (1)    Count 1:  Violation of Fourth Amendment Rights (Unlawful Search and Seizure)

   (2)    Supporting Facts: (Describe exactly what each defendant did or did not do.  State the facts clearly in your own words without citing any legal authority.  Use additional sheets if necessary.)
    (2) Supporting Facts:

   On August 6, 2021, Jason Davis, Arthur Pullen, Matthew Stroupe, Richard Lorenz, and E. Johnson of the Belmont Police Department assisted Bobby Hart and Barbara Reeves-Hart in forcibly entering my residence at 612 East Ave, Belmont, NC, without a legal summary of ejectment or writ of possession.
   Bobby Hart broke a back bedroom window to gain entry while higher-ranking officers ignored Patrol Officer E. Johnson's questions about the legality of the actions.
   The officers failed to provide any legal documentation authorizing the eviction, indicating an unlawful search and seizure.
    (1)  Count 2:    False Arrest and Imprisonment
    (3)  Supporting Facts: (Describe exactly what each defendant did or did not do.  State the facts clearly in your own words without citing any legal authority.  Use additional sheets if necessary.) Following the illegal entry, I was falsely arrested for trespassing and simple assault by the Belmont Police officers, despite my lawful occupancy of the property.

(4)     When I attempted to press charges against Bobby Hart for assaulting me, the officers denied my right to do so and proceeded with my arrest without probable cause.

### E.  INJURY

How have you been injured by the actions of the defendant(s)?

I suffered significant emotional distress due to the unlawful eviction, false arrest, and the defendants' refusal to acknowledge my rights.

My reputation has been damaged by the false arrest and the accusations of trespassing and assault.

I experienced physical harm during the false arrest and the altercation with Bobby Hart.

My pets were severely neglected, causing me additional emotional pain and distress.

I incurred financial losses due to the illegal eviction, legal fees, and the costs associated with addressing the harm done to my pets.

The unlawful actions and conspiracy by the defendants have caused a severe disruption to my life, impacting my mental and emotional well-being

PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?        YES _____        NO  _____

If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

1.  Parties to previous lawsuits:

Plaintiff(s):_____

Defendants(s):_____


2.  Name of court and case or docket number:

_____

3.  Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

_____

_____

4. Issued raised:

_____

_____

_____

_____

5.  When did you file the lawsuit?_____
    Date: Month/Year

6.  When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?  YES _____  NO _____

If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Compensatory damages for emotional distress, physical harm, financial losses, and reputational damage caused by the defendants' unlawful actions.

Punitive damages to punish the defendants for their egregious conduct and to deter similar future behavior.

Declaratory relief stating that the defendants' actions were illegal and violated my constitutional rights.

Injunctive relief to prevent the defendants from engaging in similar unlawful conduct in the future.

Reimbursement for all legal fees and court costs incurred in pursuing this action.

Any additional relief the court deems just and proper.

JURY TRIAL REQUESTED      YES __X__  NO _____

Signed at _____ on _____.

           (Location)                             (Date)

Signature

*Address:*  *4537 Rose Ridge Place apt 4*
            *Charlotte, NC 28217*
*Phone:*    *980 420 7394*
*E-Mail:*   *pittmanaitrop@gmail.com*